THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| OMAR ALEJANDRO CANTUA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DYLAN KEELE,<br><br>　　　　　Defendant. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 4:23-CV-40 RJS<br><br>Chief District Judge Robert J. Shelby |

　　　　Plaintiff, inmate Omar Alejandro Cantua, filed a civil-rights complaint, under 42 U.S.C.S. § 1983 (2023). (ECF No. 4.) On June 5, 2023, the Court authorized Plaintiff's payment of an initial partial filing fee (IPFF) of $14.50, stating, "If the initial partial filing fee is not received within 30 days, the case will be dismissed without prejudice and without further notice." (ECF No. 7.) After giving Plaintiff more time to make the payment, on November 17, 2023, the Court issued an order to show cause, giving Plaintiff a final thirty days in which to explain why this action should not be dismissed because he failed to pay the IPFF. Forty-seven days later, the IPFF still has not been paid. Indeed, the Court's most recent mailing to Plaintiff was returned to sender, marked, "Inmate Released." (ECF No. 13.)

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

DATED this 3rd day of January, 2024.

BY THE COURT:

_____
CHIEF JUDGE ROBERT J. SHELBY
United States District Court